# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. )    CR. S-03-0371 MCE
) 
ERIC NEWBORN, et al. )
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**X**) Ad Prosequendum     ( ) Ad Testificandum.

Name of Detainee:     ERIC NEWBORN

Detained at (custodian):     Calipatria State Prison, 7018 Blair Road, Calipatria, CA 92233

Detainee is:    a.)    (X) charged in this district by:
    (X) Indictment     ( ) Information     ( ) Complaint
    Charging Detainee With:    **Armed Bank Robbery 18 USC 2113(a)(d)**

or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
or    b.)    (x) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: ./s/ William S. Wong
Printed Name & Phone No: William S. Wong, 916-554-2790
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(**X**) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, forthwith, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

DATED: July 6, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

Please provide the following, if known:

AKA(s) (if applicable):    ERIC NEWBORN      Male X    Female
Booking or CDC #:    V093202      DOB: XX/XX/1971
Facility Address:    Calipatria State Prison      Race:

|  | 7018 Blair Road, Calipatria, CA 92233 | FBI#: | 972722LA9 |
|---|---|---|---|
| Facility Phone: | 760-348-7000 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____

_____
(Signature)