1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Street, 2nd Floor, Ste. A
3  Sacramento, California 95814
   Telephone: (916) 557-1113
4

5

6                 **IN THE UNITED STATES DISTRICT COURT FOR THE**

7                            **EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA,         )      CR. No. **S-03-371 MCE**
                                     )
10                 Plaintiff,        )      STIPULATION AND ORDER
           v.                        )
11                                   )
                                     )
12 ERIC NEWBORN, et al,              )
                                     )
13                 Defendants.       )
   _____ )

14

15       The defendant, Eric Newborn, through his undersigned counsel, and the United States,

16 through its undersigned counsel, agree and stipulate that the status conference hearing currently

17 scheduled for Thursday, July 24, 2008 should be vacated and continued until Thursday, August

18 21, 2008, at 9:00 a.m..

19    Further continuance is necessary for further plea negotiations and preparation of formal plea

20 agreement. The parties agree and stipulate that time should be excluded under the Speedy Trial

21 Act pursuant to Local Code T4 for further plea neogiation and due to the complexity of the case

22 [Local Code T2], up to and including August 21, 2008.

23       I, William E. Bonham, the filing party, have received authorization from the government

24 to sign and submit this stipulation and proposed order on its behalf and that defense counsel have

25 authorization from his client.

26 //

27 //

28 //
   //

1  Accordingly, the defendants and the United States agree and stipulate that the status
2  conference should be continued until 9:00 a.m. on Thursday, August 21, 2008.
3  Dated: July 22, 2008

        McGREGOR W. SCOTT
        United States Attorney

        /s/ William E. Bonham
By:_____
        WILLIAM S. WONG
        Assistant U.S. Attorney

Dated: July 22, 2008

        ERIC NEWBORN
        Defendant

By:   /s/William E. Bonham
        WILLIAM E. BONHAM
        Counsel for Defendant

## **ORDER**

IT IS SO ORDERED.  This matter is continued until 9:00 a.m. on Thursday, August 21, 2008 for further status.  I find that the continuance is necessary for the parties to further engage in plea negotiations and settlement of the case and for preparation of formal plea agreement. I further find that the needs of counsel to further negotiations to settle the case exceeds the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.  Accordingly, time should be excluded under the Speedy Trial Act for negotiations and preparation [local code T4] and due to the complexity of the case [Local Code T2]up to and including August 21, 2008.

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE