```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ERIC NEWBORN,<br><br>            Defendant.<br>_____ | No. 2:03-cr-00371-MCE<br><br>**STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE/<br>ENTRY OF PLEA**<br><br>DATE: September 4, 2008<br>TIME: 9:00 a.m.<br>CTRM: Hon. Morrison C. England, Jr. |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and Willliam Bonham, counsel for the defendant Eric Newborn, stipulate and request that the Court continue the status conference/entry of plea in this case from August 21, 2008, to September 4, 2008, at 9:00 a.m.

Counsels for the government and the defendant are in good faith negotiations to resolve the case. Because the defendant is currently serving a state sentence from Kern County, the parties need additional time to verify the case number and the sentence imposed in order to complete the negotiations for the plea

1 agreement.

2    Based upon the foregoing, the parties agree that time under the
3 Speedy Trial Act be excluded from August 21, 2008, through and
4 including September 4, 2008, pursuant to 18 U.S.C. §
5 3161(h)(8)(B)(iv) - reasonable time to prepare and Local Code T-4 -
6 reasonable time for defense preparation.

7                                       Respectfully submitted,

8                                       McGREGOR W. SCOTT
                                         United States Attorney
9

10 DATED: August 20, 2008        By:    /s/ William S. Wong
                                         WILLIAM S. WONG
11                                       Assistant U.S. Attorney

12

13 DATED: August 20, 2008        By:    /s/ William Bonham
                                         WILLIAM BONHAM, Esq.
14                                       Attorney for Defendant

15                                **ORDER**

16    **IT IS SO ORDERED.**  Good cause having been shown, the status
17 conference/entry of plea set for August 21, 2008 is vacated and a
18 new date is set for September 4, 2008, at 9:00 a.m.  Time is
19 excluded from August 21, 2008, through and including, September 4,
20 2008 for the foregoing reasons.

21  Dated: August 21, 2008

                                         _____
                                         MORRISON C. ENGLAND, JR.
                                         UNITED STATES DISTRICT JUDGE

2