McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) CR S-03-371 MCE |
| Plaintiff, ) | ) **STIPULATION AND ORDER** |
| v. ) | **TO CONTINUE STATUS CONFERENCE/** |
| ) | **ENTRY OF PLEA** |
| ERIC NEWBORN, ) | ) DATE: September 11, 2008 |
| Defendant. ) | ) TIME: 9:00 a.m. |
| _____) | CTRM: Hon. Morrison C. England, Jr. |

     The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and Willliam Bonham, counsel for the defendant Eric Newborn, stipulate and request that the Court continue the status conference/entry of plea in this case from September 4, 2008, to September 11, 2008, at 9:00 a.m.

     Counsels for the government and the defendant are in good faith negotiations to resolve the case.  Because the defendant is currently serving a state sentence from Kern County, the parties need additional time to verify the case number and the sentence imposed in order to complete the negotiations for the plea

agreement.

Based upon the foregoing, the parties agree that time under the Speedy Trial Act be excluded from September 4, 2008, through and including September 11, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - reasonable time to prepare and Local Code T-4 - reasonable time for defense preparation.

```
                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: September 3, 2008      By:   /s/ William S. Wong
                                    WILLIAM S. WONG
                                    Assistant U.S. Attorney



DATED: September 3, 2008      By:   /s/ William Bonham
                                    WILLIAM BONHAM, Esq.
                                    Attorney for Defendant
```

---

**ORDER**

**IT IS SO ORDERED.** Good cause having been shown, the status conference/entry of plea set for September 4, 2008, is vacated and a new date is set for September 11, 2008, at 9:00 a.m. Time is excluded from September 4, 2008, through and including, September 11, 2008, for the foregoing reasons.

**Dated: September 4, 2008**

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

2