McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR S-03-371 MCE |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **TO CONTINUE STATUS CONFERENCE/** |
| | ) **ENTRY OF PLEA** |
| ERIC NEWBORN, | ) |
| | ) DATE: October 2, 2008 |
| Defendant. | ) TIME: 9:00 a.m. |
| _____ | ) CTRM: Hon. Morrison C. England, Jr. |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and Willliam Bonham, counsel for the defendant Eric Newborn, stipulate and request that the Court continue the status conference/entry of plea in this case from September 11, 2008, to October 2, 2008, at 9:00 a.m.

Counsels for the government and the defendant are in good faith negotiations to resolve the case. Because the defendant is currently serving a state sentence from Kern County, the parties need additional time to obtain court documents to verify the case number and the sentence imposed in order to complete the

1

negotiations for the plea agreement.

Based upon the foregoing, the parties agree that time under the Speedy Trial Act be excluded from September 11, 2008, through and including October 2, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) - reasonable time to prepare and Local Code T-4 - reasonable time for defense preparation.

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: September 9, 2008     By:  /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney


DATED: September 9, 2008 _____By:  /s/ William Bonham
                                        WILLIAM BONHAM, Esq.
                                        Attorney for Defendant

---

**ORDER**

**IT IS SO ORDERED.**  Good cause having been shown, the status conference/entry of plea set for September 11, 2008, is vacated and a new date is set for October 2, 2008, at 9:00 a.m.  Time is excluded from September 11, 2008, through and including, October 2, 2008, for the foregoing reasons.

Dated: September 10, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE