1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Street, 2nd Floor, Ste. A
3  Sacramento, California 95814
   Telephone:  (916) 557-1113
4

5

6                **IN THE UNITED STATES DISTRICT COURT FOR THE**

7                     **EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA          )   CR. No. S-03-371 MCE
                                     )
10                    Plaintiff,     )   STIPULATION AND ORDER
                                     )
11      v.                           )
                                     )
12                                   )
   ERIC NEWBORN, et al,              )
13                                   )
                      Defendants.    )
14  ─────────────────────────────────)

15      The defendant, Eric Newborn, through his undersigned

16  counsel, and the United States, through its undersigned counsel,

17  agree and stipulate that the change of plea hearing currently

18  scheduled for Thursday, October 2,2008 should be vacated and

19  continued until Thursday, October 16, 2008, at 9:00 a.m..

20      Further continuance is necessary for further plea

21  negotiations and preparation of formal plea agreement. The

22  parties agree and stipulate that time should be excluded under

23  the Speedy Trial Act pursuant to Local Code T4 for further plea

24  negotiation and due to the complexity of the case [Local Code

25  T2], up to and including October 16, 2008.

26      I, William E. Bonham, the filing party, have received

27  authorization from the government to sign and submit this

28  stipulation and proposed order on its behalf and that defense

    counsel have authorization from his client.

1    Accordingly, the defendants and the United States agree and

2   stipulate that the Change of Plea hearing should be continued

3   until 9:00 a.m. on Thursday, October 16, 2008.

4

5   Dated: September 26, 2008

6                                        McGREGOR W. SCOTT
                                         United States Attorney
7

8                                        By:/s/ William E.Bonham
                                         WILLIAM S. WONG
9                                        Assistant U.S. Attorney

10  Dated: September 26, 2008

                                         ERIC NEWBORN
11                                       Defendant

12
                                         By:/s/William E. Bonham
13                                       WILLIAM E. BONHAM
                                         Counsel for Eric Newborn
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2

**ORDER**

IT IS SO ORDERED.  This matter is continued until 9:00 a.m. on Thursday, October 16, 2008 for Change of Plea.

I find that the  continuance is necessary for the parties to further engage in plea negotiations and settlement of the case and for preparation of formal plea agreement. I further find that the needs of counsel to further negotiations to settle the case exceeds the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.  Accordingly, time should be excluded under the Speedy Trial Act for negotiations and preparation [local code T4] and due to the complexity of the case [Local Code T2]up to and including October 16, 2008.

Dated: September 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3