William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. No. S-03-371 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ERIC NEWBORN, et al, ) | |
| ) | |
| Defendants. ) | |

The defendant, Eric Newborn, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the change of plea hearing currently scheduled for Thursday, October 2, 2008 should be vacated and continued until Thursday, October 16, 2008, at 9:00 a.m..

Further continuance is necessary for further plea negotiations and preparation of formal plea agreement. The parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for further plea negotiation and due to the complexity of the case [Local Code T2], up to and including October 16, 2008.

I, William E. Bonham, the filing party, have received authorization from the government to sign and submit this stipulation and proposed order on its behalf and that defense counsel have authorization from his client.

     Accordingly, the defendants and the United States agree and stipulate that the Change of Plea hearing should be continued until 9:00 a.m. on Thursday, October 16, 2008.

Dated: September 26, 2008

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                      By:/s/ William E.Bonham
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney

Dated: September 26, 2008
                                      ERIC NEWBORN
                                      Defendant

                                      By:/s/William E. Bonham
                                      WILLIAM E. BONHAM
                                      Counsel for Eric Newborn

**ORDER**

IT IS SO ORDERED. This matter is continued until 9:00 a.m. on Thursday, October 16, 2008 for Change of Plea.

I find that the continuance is necessary for the parties to further engage in plea negotiations and settlement of the case and for preparation of formal plea agreement. I further find that the needs of counsel to further negotiations to settle the case exceeds the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time. Accordingly, time should be excluded under the Speedy Trial Act for negotiations and preparation [local code T4] and due to the complexity of the case [Local Code T2] up to and including October 16, 2008.

Dated: September 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE