William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for: Eric Newborn

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:03-CR-0371 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC NEWBORN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    The defendant, Eric Newborn, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the change of plea currently scheduled for Thursday, October 16, 2008 at 9:00 a.m., should be vacated and continued until Thursday, November 6, 2008 at 9:00 a.m.

    Continuance is necessary for further plea negotiations.

    Therefore, additional time is requested to further evaluate the case for settlement and meet with the client.

1

Therefore, the parties agree and stipulate that time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for investigation and plea negotiations, up to and including November 6, 2008.

I William E. Bonham, the filing party, have received authorization from AUSA William Wong to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

Accordingly, the defendant and the United States agree and stipulate that the change of plea should be continued until 9:00 a.m. on Thursday, November 6, 2008.

Dated: October 14, 2008

McGREGOR W. SCOTT
United States Attorney

                                    /s/ William E. Bonham for
By:_____
        WILLIAM WONG
        Assistant U.S. Attorney

Dated: October 14, 2008

ERIC NEWBORN
Defendant

By:/s/ William E. Bonham for
        WILLIAM E. BONHAM
        Counsel for Defendant

2

PDF created with pdfFactory trial version www.pdffactory.com

**<u>ORDER</u>**

IT IS SO ORDERED.  This matter is continued until 9:00 a.m. on Thursday, November 6, 2008 for a change of plea.

I find that the continuance is necessary to allow defense counsel sufficient time to evaluate case and for further plea negotiations.  I further find that the needs of counsel to evaluate the evidence and advise their clients exceed the needs of the public for a trial within 70 days, so that the interests of justice warrant a further exclusion of time.  Accordingly, time should be excluded under the Speedy Trial Act pursuant to Local Code T4 for counsel to have sufficient time for plea negotiations and meeting with client and time for further ongoing negotiations and evaluation of case, up to and including November 6, 2008.

DATED: October 15, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com