William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Eric **NEWBORN**

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC NEWBORN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CR. No. 2:03-CR-00371 MCE <br><br> STIPULATION AND PROPOSED ORDER TO CONTINUE JUDGMENT & SENTENCING & MODIFYING PRE-SENTENCE REPORT DISCLOSURE SCHEDULE |

The defendant, Eric Newborn, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the judgment and sentencing currently scheduled for Thursday, January 15, 2009 at 9:00 a.m., should be vacated and continued until Thursday, February 19, 2009 at 9:00 a.m.

A continuance is necessary to allow defense counsel time to review the proposed Pre-Sentence Report and file informal objections. Additionally defense counsel needs time to collect and review character reference letters to submit to Probation for consideration.

It is further stipulated that the schedule for disclosure of Pre-Sentence Report and for filing of objections to the Pre-Sentence Report be modified as follows:

| | |
|---|---|
| Judgment and sentencing: | 2/19/2009 |
| Motion for corrections of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | 2/12/2009 |
| The Pre-Sentence Report shall be filed with the court and served upon opposing counsel no later than: | 2/5/2009 |
| Counsel's written informal objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | 1/29/2009 |

The proposed Pre-Sentence Report has already been received by the parties.

The parties further stipulate that time should be excluded under the Speedy Trial Act due to needs of counsel to prepare for sentencing and ongoing sentencing negotiation. [Local Code T4 & T2]

I William E. Bonham, the filing party, have received authorization from AUSA William Wong to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

Accordingly, the defendant and the United States agree and stipulate that the change of plea should be continued until 9:00 a.m. on Thursday, February 19, 2009.

```
 1  Dated: January 12, 2009
 2                                              McGREGOR W. SCOTT
                                                United States Attorney
 3
 4
                                                By:    /s/ William Wong
 5                                                     WILLIAM WONG
                                                       Assistant U.S. Attorney
 6
 7
 8
    Dated: January 12, 2009
 9
                                                ERIC NEWBORN
10                                                  Defendant
11
                                                By:/s/ William E. Bonham for
12                                                    WILLIAM E. BONHAM
                                                      Counsel for Defendant
13
```

**ORDER**

3

1  IT IS SO ORDERED.  This matter is continued until 9:00 a.m. on Thursday, February
2  19, 2009 for judgment and sentencing and that the schedule for disclosure of Pre-Sentence
3  Report is modified as stated in above stipulation.

   I find that the continuance is necessary and that time should be excluded under the
Speedy Trial Act due to needs of counsel for additional time in ongoing sentencing preparation
and negotiations [Local Code T4 & T2].  Accordingly, time should be excluded under the
Speedy Trial Act due to needs of counsel to prepare [Local Code T4 & T2], up to and including
February 19, 2009.

DATED: January 13, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE